UNITED STATES DISTRICT COURT
District of South Dakota
Western Division

| | |
|---|---|
| IGOR VIDYASHEV, | Civ.20-5046 |
| Plaintiff, | |
| vs. | **Unopposed Motion to Extend Time to Respond to Complaint** |
| DUHAMEL BROADCASTING ENTERPRISES, | |
| Defendant. | |

Defendant, pursuant to Fed. R. Civ. P. 6(b)(1)(A), respectfully moves the Court for an Order extending the time for responding to Plaintiff's Complaint under Fed. R. Civ. P. 12(a) until **August 14, 20120**.

Defendant's counsel has conferred with Plaintiff's counsel, and is authorized to represent to the Court that Plaintiff does not oppose Defendants' Motion to Extend.

Respectfully submitted the 13th day of July 2020.

Page 1 of 2

*Vidyashev v. Duhamel Broadcasting.*  *Unopp. Mot. to Extend*
CIV20-5046

BANGS, MCCULLEN, BUTLER, FOYE
& SIMMONS, L.L.P.

By: /s/ *Jeffrey G. Hurd*
Jeffrey G. Hurd
(jhurd@bangsmccullen.com)
333 West Boulevard, Ste. 400
P.O. Box 2670
Rapid City, SD  57709
Telephone: (605) 343-1040
Facsimile: (605) 343-1503

*ATTORNEYS FOR DUHAMEL BROADCASTING ENTERPRISES*

## Certificate of Service

I certify that, on July 13, 2020, I served copies of this document upon each of the listed people by the following means:

| | | | |
|---|---|---|---|
| ☐ | First Class Mail | ☐ | Odyssey |
| ☐ | Hand Delivery | ☐ | Overnight Mail |
| ☒ | Electronic Mail | ☐ | ECF System |

Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580

*Attorneys for Plaintiff*

/s/ *Jeffrey G. Hurd*
Jeffrey G. Hurd

Page 2 of 2

*Vidyashev v. Duhamel Broadcasting.*                                    Unopp. Mot. to Extend
CIV20-5046