UNITED STATES DISTRICT COURT
District of South Dakota
Western Division

| | |
|---|---|
| IGOR VIDYASHEV, | Civ.20-5046 |
| Plaintiff, | |
| vs. | |
| DUHAMEL BROADCASTING ENTERPRISES, | |
| Defendant. | |

## Stipulation to Dismiss

The parties to this action stipulate to its dismissal due to the parties settlement, on the merits and with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). The parties further agree that each will bear its own costs and attorney fees, and that the Court may enter an Order of Dismissal without further notice to any party.

Respectfully submitted the 14th day of August 2020.

BANGS, MCCULLEN, BUTLER, FOYE
& SIMMONS, L.L.P.

By: _____
Jeffrey G. Hurd
(jhurd@bangsmccullen.com)
333 West Boulevard, Ste. 400
Rapid City, SD  57701
Telephone: (605) 343-1040

*ATTORNEYS FOR DUHAMEL BROADCASTING ENTERPRISES*

Respectfully submitted the 13 day of August 2020.

                LIEBOWITZ LAW FIRM, PLLC

By: *Richard Liebowitz*
Richard Liebowitz
(RL@LiebowitzLawFirm.com)
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Telephone: (516) 233-1660

*ATTORNEYS FOR PLAINTIFF*